# EXHIBIT B

US006744858C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (6548th)
## United States Patent
### Ryan et al.

(10) Number: **US 6,744,858 C1**
(45) Certificate Issued: **Dec. 2, 2008**

(54) **SYSTEM AND METHOD FOR SUPPORTING MULTIPLE CALL CENTERS**

(75) Inventors: **Terry S. Ryan**, Grant, AL (US); **Randel W. Henry**, Huntsville, AL (US)

(73) Assignee: **Tel Control, Inc.**, Huntsville, AL (US)

**Reexamination Request:**
No. 90/008,079, May 21, 2006

**Reexamination Certificate for:**
Patent No.: **6,744,858**
Issued: **Jun. 1, 2004**
Appl. No.: **10/056,411**
Filed: **Jan. 25, 2002**

**Related U.S. Application Data**

(60) Provisional application No. 60/264,242, filed on Jan. 26, 2001.

(51) Int. Cl.
*H04M 11/04* (2006.01)

(52) U.S. Cl. ............... **379/45**; 379/49; 379/265.09
(58) Field of Classification Search ............ 379/45, 379/49, 265.09
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,479,482 A | 12/1995 | Grimes |
| 5,940,497 A | 8/1999 | Miloslavsky |
| 5,999,965 A | 12/1999 | Kelly |
| 6,009,163 A | 12/1999 | Nabkel et al. |

OTHER PUBLICATIONS

E9-1-1 Systems—Product Guide, *CML Public Safety Systems*, Jul. 1999.

*Primary Examiner*—Albert W. Paladini

(57) **ABSTRACT**

A system and method for routing calls from multiple call centers using remote terminals for receiving incoming calls, a wide area network interfaced with the remote terminals, and a central data manager configured to receive the incoming calls from a communication network and to route them to the remote terminals over the wide area network. The remote terminals enable operators to receive incoming calls and to dispatch personnel in response to the incoming calls. Each of the incoming calls is associated with an automatic number identification identifying a communication device from which the incoming call originated. Additionally, each of the incoming calls is routed over the wide area network to a particular remote terminal based on the associated automatic number identification of the incoming call.



US 6,744,858 C1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1, 2** and **3** are determined to be patentable as amended.

Claims **4** and **5**, dependent on an amended claim, are determined to be patentable.

New claims **6-13** and **14** are added and determined to be patentable.

1. An emergency services communication system, comprising:
    a plurality of remote terminals for enabling emergency services operators to receive incoming calls and to dispatch emergency service personnel in response to said incoming calls *said terminals each associated with one of a plurality of call centers*;
    a wide area network interfaced with each of the plurality of remote terminals;
    a central data manager configured to receive said incoming calls and to route said incoming calls to said plurality of remote terminals over said wide area network, *said central data manager comprising a server having a database that is partitioned such that a first partitioned portion contains first data associated with a particular one of said call centers, so as to maintain privacy of the first data, the partitioned database being configured to serve the plurality of call centers*;
    wherein each of said incoming calls is associated with Automated Number Information and Automatic Location Information data identifying a communication device from which said incoming call originated and wherein each of said incoming calls is delivered over said Wide Area Network to a particular one of said remote terminals by said central data manager based on said associated Automatic Number Information of said incoming call and wherein said central data manager is located in a centralized secure facility with on-site server capability for analyzing and recording said Automatic Number information and said Automatic Location Information for each of said incoming calls; and wherein said centralized secure facility serves a plurality of Public Safety Answering Points, each of which comprise multiple individual members of said plurality of remote terminals.

2. An emergency services communication method, comprising the steps of:
    providing a plurality of remote terminals *wherein each of the remote terminals is associated with one of a plurality of call centers*;
    providing a central data manager *which includes a server having a database that is partitioned such that a first partitioned portion contains first data associated with a particular one of said call centers, so as to maintain privacy of the first data, the partitioned database being configured to serve the plurality of call centers*;
    receiving, at said central data manager, incoming calls, wherein each of said incoming calls is associated with an Automatic Number Information and Automatic Location Information data packet identifying a communication device from which said incoming call originated;
    selecting one of the remote terminals based on the Automatic Number Information and Automatic Location Information data associated with said incoming call;
    routing said incoming call from the central data manager [to] *by* the selected remote terminal over a wide [are] *area* network thereby enabling an emergency service operator at the selected remote terminal to dispatch emergency service personnel in response to the one incoming call
    wherein said central data manager is located in a centralized secure facility with on-site server capability for analyzing and recording said data for each of said incoming calls; and
    wherein said centralized secure facility serves a plurality of Public Safety Answering Points, each of which comprise multiple individual members of said plurality of remote terminals.

3. A method for handling incoming emergency services calls having both voice and data signals associated with said calls, the method comprising the steps of:
    presenting an incoming emergency call from a remote caller to a central data manager *which includes a server having a database that is partitioned such that a first partitioned portion contains first data associated with a particular one of a plurality of call centers, so as to maintain privacy of the first data, the partitioned database being configured to serve the plurality of call centers*;
    accessing data associated with said incoming call;
    selecting a call center *from said plurality of call centers* for said incoming call depending on said data associated with said incoming call delivered by digital circuits via voice over IP to said call center;
    *accessing data from a partitioned portion of the database that contains data associated with the related call center;* and
    routing the incoming call from said central data manager to said selected call center *along with information corresponding to the data accessed from the partitioned portion of the database*, thereby enabling an emergency service operator at said selected call center to dispatch emergency service personnel in response to said incoming call;
    wherein said central data manager is located in a centralized secure facility with on-site server capability for analyzing and recording said data for each of said incoming calls; and
    wherein said centralized secure facility serves a plurality of Public Safety Answering Points, each of which comprise multiple individual members of said plurality of remote terminals.

*6. The emergency services communication system of claim 1 wherein the database is local to the server.*

*7. The emergency services communication system of claim 1 wherein the database is remote to the server.*

US 6,744,858 C1

3

8. The emergency services communication system of claim 1 wherein the database comprises a plurality of databases that are both local and remote to the server.

9. The emergency services communication method of claim 2 wherein the database is local to the server.

10. The emergency services communication method of claim 2 wherein the database is remote to the server.

11. The emergency services communication method of claim 2 wherein the database comprises a plurality of databases that are both local and remote to the server.

4

12. The emergency services communication method of claim 3 wherein the database is local to the server.

13. The emergency services communication method of claim 3 wherein the database is remote to the server.

14. The emergency services communication method of claim 3 wherein the database comprises a plurality of databases that are both local and remote to the server.

\* \* \* \* \*