# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Patent Query**

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 8
  **Patent #:** 6744858  **Issue Dt:** 06/01/2004  **Application #:** 10056411  **Filing Dt:** 01/25/2002
  **Inventors:** Terry S. Ryan, Randel W. Henry
  **Title:** SYSTEM AND METHOD FOR SUPPORTING MULTIPLE CALL CENTERS

**Assignment: 1**
  **Reel/Frame:** 012808/0811  **Recorded:** 04/12/2002  **Pages:** 3
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
  **Assignors:** HENRY, RANDEL W.  **Exec Dt:** 01/25/2002
               RYAN, TERRY S.  **Exec Dt:** 01/25/2002
  **Assignee:** TEL CONTROL, INC.
               7902 LOGAN DRIVE
               HUNTSVILLE, ALABAMA 35802
  **Correspondent:** LANIER, FORD, SHAVER & PAYNE P.C.
               ANITA S. DAMIAN
               200 WEST SIDE SQ
               SUITE 5000
               HUNTSVILLE, AL 35801

**Assignment: 2**
  **Reel/Frame:** 016301/0484  **Recorded:** 02/24/2005  **Pages:** 2
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
  **Assignor:** TCI D/B/A TEL CONTROL, INC.  **Exec Dt:** 01/28/2005
  **Assignee:** TEL CONTROL, INC.
               7902 LOGAN ROAD
               HUNTSVILLE, ALABAMA 35802
  **Correspondent:** DAVID E. NIXON, ESQ.
               200 CLINTON AVE., W.
               SUITE 900
               HUNTSVILLE, ALABAMA 35801

**Assignment: 3**
  **Reel/Frame:** 019094/0256  **Recorded:** 03/30/2007  **Pages:** 7
  **Conveyance:** SECURITY AGREEMENT
  **Assignors:** TEL CONTROL, INC.  **Exec Dt:** 03/19/2007
               PHTCI ACQUISITION CORPORATION  **Exec Dt:** 03/19/2007
  **Assignee:** WELLS FARGO FOOTHILL, INC.
               2450 COLORADO AVENUE, SUITE 3000W
               SANTA MONICA, CALIFORNIA 90404
  **Correspondent:** JODY HAWKE
               1000 WILSHIRE BOULEVARD, SUITE 1500
               LOS ANGELES, CA 90017-2457

**Assignment: 4**
  **Reel/Frame:** 019116/0338  **Recorded:** 04/05/2007  **Pages:** 7
  **Conveyance:** SECURITY AGREEMENT

| | | |
|---|---|---|
| **Assignors:** | PHTCI ACQUISITION CORPORATION | **Exec Dt:** 03/19/2007 |
| | TEL CONTROL, INC. | **Exec Dt:** 03/19/2007 |
| **Assignee:** | D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., AS AGENT | |
| | 745 FIFTH AVENUE | |
| | 18TH FLOOR | |
| | NEW YORK, NEW YORK 10151 | |
| **Correspondent:** | LAURIE EMMER, ESQ. | |
| | 919 THIRD AVENUE | |
| | 19TH FLOOR | |
| | NEW YORK, NY 10022 | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** | 020866/0195   **Recorded:** 04/29/2008 | **Pages:** 5 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P. | **Exec Dt:** 04/21/2008 |
| **Assignees:** | TEL CONTROL, INC. | |
| | 7902 LOGAN DRIVE SW | |
| | HUNTSVILLE, ALABAMA 35802 | |
| | PHTCI ACQUISITION CORPORATION | |
| | 42505 RIO NEDO STREET | |
| | TEMECULA, CALIFORNIA 92590 | |
| **Correspondent:** | KEVIN G. SHAW | |
| | COLUMBIA SQUARE | |
| | 555 THIRTEENTH STREET, N.W. | |
| | WASHINGTON, DC 20004-1109 | |

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** | 020866/0225   **Recorded:** 04/29/2008 | **Pages:** 4 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | WELLS FARGO FOOTHILL, INC. | **Exec Dt:** 04/21/2008 |
| **Assignees:** | TEL CONTROL, INC. | |
| | 7902 LOGAN DRIVE SW | |
| | HUNTSVILLE, ALABAMA 35802 | |
| | PHTCI ACQUISITION CORPORATION | |
| | 42505 RIO NEDO STREET | |
| | TEMECULA, CALIFORNIA 92590 | |
| **Correspondent:** | KEVIN G. SHAW | |
| | COLUMBIA SQUARE | |
| | 555 THIRTEENTH STREET, N.W. | |
| | WASHINGTON, DC 20004-1109 | |

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** | 022542/0333   **Recorded:** 04/14/2009 | **Pages:** 4 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | TEL CONTROL, INC. | **Exec Dt:** 12/31/2008 |
| **Assignee:** | PLANT EQUIPMENT INC. | |
| | 42505 RIO NEDO | |
| | TEMECULA, CALIFORNIA 92590 | |
| **Correspondent:** | TIFFANY M. BAUGHMAN | |
| | 42505 RIO NEDO | |
| | TEMECULA, CA 92590 | |

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** | 026178/0204   **Recorded:** 04/25/2011 | **Pages:** 6 |
| **Conveyance:** | CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | PLANT EQUIPMENT INC. | **Exec Dt:** 02/22/2011 |
| **Assignee:** | CASSIDIAN COMMUNICATIONS, INC. | |
| | 42505 RIO NEDO | |

TEMECULA, CALIFORNIA 92589-9007

**Correspondent:** KNOBBE, MARTENS, OLSON & BEAR LLP
12790 EL CAMINO REAL
SAN DIEGO, CA 92130

Search Results as of: 09/26/2012 08:10 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT