IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CASSIDIAN COMMUNICATIONS, INC. | § | |
| LLC | § | |
| | § | C.A. NO. 2:12-cv-162-JRG |
| vs. | § | |
| | § | |
| MICRODATA GIS, INC. | § | |

## <u>MICRODATA GIS, INC.'S NOTICE OF DISCLOSURE</u>

In accordance with the Federal Rules of Civil Procedure, the Local Rules and this Court's

Orders, Defendant microDATA GIS, Inc. ("microDATA") hereby provides notice that, on

September 26, 2012, microDATA served its Initial Disclosures on Plaintiff via electronic mail.

DATED:  October 2, 2012                    Respectfully submitted,

*/s/ M. Dru Montgomery*
Edward A. Pennington
Siddhesh V. Pandit
Stephanie D. Scruggs
Timothy J. Murphy
Murphy & King, PC
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007
Tel: 202/403-2101
Fax: 202/429-4380
Email: eap@murphyking.com
Email: svp@murphyking.com
Email: sds@murphyking.com
Email: tjm@murphyking.com

J. Thad Heartfield
M. Dru Montgomery
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
Tel: 409/866-3318
Fax: 409/866-5789
Email: thad@jth-law.com
Email: dru@jth-law.com

*Attorneys for Defendant*
*microDATA GIS, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of October, 2012.  Any other counsel of record will be served by first class mail.

*/s/ M. Dru Montgomery*
M. Dru Montgomery