IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CASSIDIAN COMMUNICATIONS, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> MICRODATA GIS, INC., MICRODATA, LLC, AND TELECOMMUNICATION SYSTEMS, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:12-CV-162-JRG <br><br> JURY TRIAL REQUESTED |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "microDATA" means microDATA GIS, Inc. and microDATA, LLC. As used herein, "TCS" means TeleCommunication Systems, Inc.

**Question No. 1:**

Did Cassidian prove by a preponderance of the evidence that microDATA directly infringed the following claims of the '858 patent?

**Answer YES or NO for each claim.**

### microDATA

Claim 1 _NO_    Claim 7 _NO_

Claim 6 _NO_    Claim 8 _NO_

1

**Question No. 2:**

Did Cassidian prove by a preponderance of the evidence that the following Defendants indirectly infringed the following claims of the '858 patent?

**Answer YES or NO for each claim and for each Defendant.**

### microDATA

Claim 1 _NO_    Claim 7 _No_

Claim 3 _No_    Claim 8 _No_

Claim 4 _No_    Claim 12 _No_

Claim 5 _No_    Claim 13 _No_

Claim 6 _No_    Claim 14 _No_

### TCS

Claim 3 _No_    Claim 12 _No_

Claim 4 _No_    Claim 13 _No_

Claim 5 _No_    Claim 14 _No_

**Question No. 3:**

ANSWER QUESTION NO. 3 IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN EITHER QUESTION NO. 1 OR QUESTION NO. 2; OTHERWISE, DO NOT ANSWER QUESTION NO. 3.

3.A  If you have found that Defendant microDATA infringed one or more of the asserted claims of the '858 patent, did Cassidian prove by clear and convincing evidence that Defendant microDATA's infringement was willful?

**Answer YES or NO** _____

3.B  If you have found that Defendant TCS infringed one or more of the asserted claims of the '858 patent, did Cassidian prove by clear and convincing evidence that Defendant TCS's infringement was willful?

**Answer YES or NO** _____

## Question No. 4:

Do you find that Defendants have proven by clear and convincing evidence that any of the following claims are invalid?

**Answer YES or NO for each claim.**

Claim 1 __Yes__    Claim 7 __Yes__

Claim 3 __Yes__    Claim 8 __Yes__

Claim 4 __Yes__    Claim 12 __Yes__

Claim 5 __Yes__    Claim 13 __Yes__

Claim 6 __Yes__    Claim 14 __Yes__

4

**Question No. 5:**

ANSWER QUESTION NO. 5 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN EITHER QUESTION NO. 1 OR QUESTION NO. 2 HAVE BEEN INFRINGED AND ARE NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 5.

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate Cassidian for Defendants' infringement?

$ _____


Signed this 20th day of _December_, 2013.

_____
JURY FOREPERSON