IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CASSIDIAN COMMUNICATIONS, INC., § § § *Plaintiff*, § § v. § § MICRODATA GIS, INC.; MICRODATA, § LLC; and TELECOMMUNICATION § SYSTEMS, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:12-cv-162-JRG |

## JUDGMENT

A jury trial commenced in this case on December 16, 2013, and the jury reached and returned its unanimous verdict on December 20, 2013. (Dkt. No. 155.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court **ORDERS AND ENTERS JUDGMENT** as follows:

1. Defendants microDATA GIS, Inc. and microDATA, LLC (collectively, "microDATA") have not directly infringed claims 1, 6, 7 and 8 of United States Patent No. 6,744,858.

2. microDATA have not indirectly infringed claims 1, 3, 4, 5, 6, 7, 8, 12, 13 and 14 of United States Patent No. 6,744,858.

3. Defendant TeleCommunication Systems, Inc. ("TCS") has not indirectly infringed claims 3, 4, 5, 12, 13 and 14 of United States Patent No. 6,744,858.

4. Claims 1, 3, 4, 5, 6, 7, 8, 12, 13 and 14 of United States Patent No. 6,744,858 are invalid.

5. Plaintiff Cassidian Communications, Inc. ("Cassidian") take nothing from Defendants microDATA and TCS.

6. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that microDATA and TCS are the prevailing parties in this matter and are entitled to costs consistent therewith.

**So ORDERED and SIGNED this 2nd day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE